# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CASSANDER WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-824-SGC |
| | ) |
| SJP INVESTMENT PARTNERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action.

Therefore, at the direction of the Honorable Staci G. Cornelius, this case is closed.

DATED: January 4, 2022

SHARON N. HARRIS, CLERK

By: s/Bridget S. Tyree
Deputy Clerk